UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No. 6:06-cr-199-Orl-28DAB

**LEROY PANTOPHLET**

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed February 7, 2007 (Doc. No. 4), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge David A. Baker on April 27, 2007 and subsequently, a Report and Recommendation (Doc. No. 27) was entered by Magistrate Judge David A. Baker on May 1, 2007.

The defendant appeared before this Court on May 22, 2007, with counsel, Michelle P. Smith and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 27) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **RESTORED to the original term of supervised release: All original terms of supervised release will remain unchanged along with the special conditions**

that defendant is placed on a curfew for 12 Months from 10:30 p.m. until 5:00 a.m. without electronic monitoring. This condition is **DEFERRED** for 60 days to allow the defendant to obtain a home telephone. Defendant is to also perform 150 hours of Community Service.

It is **FURTHER ORDERED** that upon release from imprisonment, LEROY PANTOPHLET is released from further supervision by this Court.

**DONE** and **ORDERED** at Orlando, Florida this __24__ day of May, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Leroy Pantophlet